**1613** FLINT & PERE MARQUETTE RAILWAY CO. vs. COUNTY TREASURER (Saginaw), 32 M., 260.

To require respondent to accept moneys tendered him for redemption of lands sold for taxes.

Granted June 15, 1875.

The amount tendered was the sum for which the lands were sold, with interest at the rate of twenty-five per cent, in accordance with the provisions of the tax law, as amended by the act of 1875, but the treasurer declined to receive it on the ground that the act as it stood before the amendment required the payment of interest at fifty per cent, and that as these lands were sold for the taxes before the amendment, the original act and not the amended one was applicable.

**1614** TOWNSHIP OF PIERSON vs. TOWNSHIP BOARD (Reynolds), 49 M., 224.

To compel a meeting of the township board of Reynolds jointly with the township of Pierson (of which township of Pierson the township of Reynolds once formed a part), to apportion certain alleged liabilities of the old town which it is claimed should be divided between the two townships, but which have never been so divided.

Denied October 11, 1882.

Judgment was recovered against the town of Pierson in the United States Court on bonds known as railroad aid bonds, issued by the township of Pierson. The bonds were voted in January, 1868, and the new township was organized in March, 1869, and it was insisted that the vote created a liability against the entire territory.